IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREEN PARTY OF PENNSYLVANIA, et al., | : : : | CIVIL ACTION |
| Plaintiffs | : : | |
| v. | : : | |
| CAROL AICHELE, SECRETARY OF THE COMMONWEALTH OF PA, et al., | : : : | |
| Defendants | : | No. 14-3299 |

**SUPPLEMENT TO COMMONWEALTH DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

On October 31, 2014 Defendants Carol Aichele and Jonathan Marks (together, the "Commonwealth Defendants") filed their Motion for Summary Judgment via ECF (Doc No. 26). As indicated in that motion, Exhibit 1 was supposed to be Jonathan Marks' deposition transcript and Exhibit 2 was supposed to be Michelle Dresbold's deposition transcript.

Today it came to undersigned counsel's attention that the incorrect pdf files were filed for those two exhibits (the subpoenas for those depositions, not the transcripts). The Commonwealth Defendants therefore file, via this supplement, the correct pdf files for Exhibits 1 and 2, which should replace Exhibits 1 and 2 filed with the Motion.

- 2 -

        Respectfully submitted,

        KATHLEEN G. KANE
        Attorney General

    By:    s/ Kevin Bradford
        Kevin R. Bradford
Office of Attorney General    Senior Deputy Attorney General
21 S. 12th Street, 3rd Floor    Attorney I.D. No. 88576
Philadelphia, PA 19107
Phone: (215) 560-2262    Gregory R. Neuhauser
Fax:   (215) 560-1031    Chief, Litigation Section

Date: November 14, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREEN PARTY OF PENNSYLVANIA, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| CAROL AICHELE, SECRETARY OF THE COMMONWEALTH OF PA, et al., | : | |
| Defendants | : | No. 14-3299 |

## CERTIFICATE OF SERVICE

I, Kevin R. Bradford, hereby certify that the Supplement to Commonwealth Defendants' Motion for Summary Judgment has been filed electronically on November 14, 2014 and is available for viewing and downloading from the Court's Electronic Case Filing System ("ECF"). The following parties are listed as ECF Filing Users and are therefore automatically served by electronic means:

- PAUL A. ROSSI, ESQUIRE
  paularossi@comcast.net; panthonyrossi@comcast.net

By:     s/ Kevin Bradford

Kevin R. Bradford
Senior Deputy Attorney General
Attorney I.D. No. 88576

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107
Phone: (215) 560-2262
Fax:     (215) 560-1031

Gregory R. Neuhauser
Chief, Litigation Section