IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREEN PARTY OF PENNSYLVANIA, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| CAROL AICHELE, Secretary of the Commonwealth of Pennsylvania, et al. | : : | NO. 14-3299 |

### ORDER

AND NOW, this 11th day of May, 2015, upon consideration of the parties' affidavits, filed in accordance with our March 2, 2015 Order, detailing the impact of the requirement under 25 Pa. Stat. Ann. § 2911(d) that "different sheets must be used for signers resident in different counties" and addressing whether plaintiffs' claims for relief under the counts we dismissed as moot in our Order of March 2, 2015 still present a case or controversy in light of defendants' representations that the new forms address these concerns, it is hereby ORDERED that:

1.	Plaintiffs' motion for summary judgment as to the requirement that "different sheets must be used for signers resident in different counties" is DENIED;

2.	Defendants' motion for summary judgment as to this requirement is GRANTED;

3.	Our March 2, 2015 Order is AFFIRMED as to Counts VII, VIII, XI, XII and XIII; and

4.	The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.