IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREEN PARTY OF PENNSYLVANIA; LIBERTARIAN PARTY OF PENNSYLVANIA; WILLIAM REDPATH; KENNETH V. KRAWCHUK; PAUL GLOVER; THOMAS LEE PRIGG; JOHN J. SWEENEY; and STEVE SCHEETZ <br><br> PLAINTIFFS, <br><br> vs. <br><br> CAROL AICHELE, Secretary of the Commonwealth of Pennsylvania; and JONATHAN MARKS, Commissioner, Bureau of Elections of the Commonwealth of Pennsylvania <br><br> DEFENDANTS. | CIVIL ACTION <br><br> No. 14-3299 <br><br> Hon. Stewart R. Dalzell <br><br> *FILED ELECTRONICALLY* |

## NOTICE OF APPEAL

Plaintiffs hereby give notice, that in the above-captioned matter, plaintiffs appeal to the United States Court of Appeals for the Third Circuit this Court's Memorandum (Document #33) and Order (Document #34), dated March 2, 2015 and Memorandum (Document #41) and Orders (Documents #42 & #43), dated May 11, 2015 dismissing Counts I, III, V, VI, IX, XIV, XV, XVI, XVII, XVIII, XIX, XX, XXI, XXII, XXIII, XXIV, XXV, XXVI, XXVII, XXVIII, and XXIX ( i.e., Counts 1, 3, 5, 6, 9, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 and 29) of plaintiffs' Amended Complaint filed on July 14, 2014.

1

Plaintiffs do not appeal the dismissal of Counts VII, VIII, XI, XII, XIII (i.e., Counts 7, 8, 11, 12 and 13) as moot, as plaintiffs accept and agree with this Court that representations made by defendants during the course of this litigation are permanently binding on defendants effectively rendering the claims set forth in these Counts moot.

Plaintiffs appeal of the dismissal of one of their pendent state law claims under Count XXVII (27) as a protective measure in case defendants appeal the Court's as-applied ruling in favor of plaintiffs' as to Count III of plaintiffs' Amended Complaint.

                                      Respectfully submitted,

Dated: June 10, 2015            ___*Paul A. Rossi*_____
                                      Paul A. Rossi, Esq.
                                        Partner, IMPG Advocates, Inc.
                                        *Counsel to Plaintiffs*
                                        PA I.D. # 84947
                                        873 East Baltimore Pike
                                        Suite #705
                                        Kennett Square, PA  19348
                                        717.615.2030
                                        IMPGA@comcast.net

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on June 10, 2015, he personally caused to be served upon the following a true and correct copy of the foregoing Notice of Appeal via the Court's ECF filing system to:

Kevin R. Bradford, Esq.
Sr. Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603
215.560.2262
kbradford@attorneygeneral.gov

Dated:       June 10, 2015                    _____/s/ *Paul A. Rossi*_____
                                              Paul A. Rossi, Esq.